IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY SANDERSON, individually )
and as a representative of the class )
                                                     ) No. 3-14-0068
v. )
 )
BANK OF AMERICA, N.A., )
individually and as successor-in-interest to )
Countrywide Home Loans Servicing, )
L.P.; and BANK OF AMERICA )
CORPORATION )

O R D E R

Pursuant to the order entered February 28, 2014 (Docket Entry No. 25), counsel for the parties called the Court on March 3, 2014, at which time the following matters were addressed:

1. Defendants' counsel shall seek permission of plaintiff's counsel in the case of <u>Hall v. Bank of America,</u> No. 12-22700 (S.D. Fla.), to provide a copy of the settlement agreement to plaintiff's counsel in this case and, as soon as such permission is given, shall provide a copy of the settlement agreement to plaintiff's counsel in this case.

2. The plaintiff shall have until March 21, 2014, to file a reply to the defendants' motion to stay (Docket Entry No. 23). Any reply shall be filed no later than March 28, 2014.

3. The initial case management conference will be rescheduled once the defendants' motion is resolved, or, if the defendants' motion is granted, once the stay is lifted.

It is so ORDERED.

                                                          _____
                                                          JULIET GRIFFIN
                                                          United States Magistrate Judge