UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JEFFREY SANDERSON, Individually and as a Representative of the Class, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 3:14-cv-00068 |
| vs. | ) ) ) | Magistrate Judge Juliet E. Griffin |
| BANK OF AMERICA, N.A. (individually and as successor-in-interest to Countrywide Home Loans Servicing LP), and BANK OF AMERICA CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND AGREED ORDER TO STAY PENDING SETTLEMENT PROCEEDINGS IN A RELATED ACTION**

---

Defendants Bank of America, N.A. ("BANA") (for itself and as successor by merger to BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP), and Bank of America Corporation ("BAC") (collectively, "Bank of America") and Plaintiff Jeffrey Sanderson (all together, "the Parties") hereby stipulate to the entry of the following Order, subject to the Court's approval:

**WHEREAS,** on February 28, 2014, Bank of America moved for a stay of all proceedings in this matter for sixty days to allow for the filing and consideration of the motion for preliminary approval of a settlement, on a nationwide basis, of claims challenging the lender-placement of hazard insurance on mortgaged properties serviced by Bank of America, in the lawsuit captioned *Hall v. Bank of America, N.A. et al.*, No. 12-cv-22700, pending before Chief Judge Moreno of the United States District Court for the Southern District of Florida ("the *Hall* Court");

**WHEREAS,** on June 18, 2014, the *Hall* Court issued an Order preliminarily approving the *Hall* Settlement, preliminarily certifying the proposed settlement class, and scheduling a final approval hearing on October 29, 2014 ("the Preliminary Approval Order");

**WHEREAS**, Bank of America contends that Plaintiff Jeffrey Sanderson is a member of the settlement class in *Hall*;

**WHEREAS,** the Parties agree that a stay until and through the final approval hearing on the *Hall* settlement scheduled for October 29, 2014 will conserve the resources of the Parties and the Court;

**WHEREAS**, the Parties' agreement is without prejudice to Bank of America's right to seek to continue the stay past October 29, 2014, if warranted, or to Plaintiff's right to oppose such a continuance of the stay;

**NOW THEREFORE,** upon consent of the Parties hereto, it is hereby **ORDERED** as follows:

1. All proceedings in this case are stayed until and through October 29, 2014; and

2. Bank of America's prior Motion to Stay Pending Settlement Proceedings in a Related Action (ECF No. 23) is moot in light of this Agreed Order.

**IT IS SO ORDERED**

Dated: _____, 2014

_____
United States District Judge/United States Magistrate Judge

| | |
|---|---|
| */s/ Gregory F. Coleman*<br>Gregory F. Coleman<br>Greg Coleman Law PC<br>550 West Main Avenue, Suite 600<br>Knoxville, Tennessee 37902<br>Telephone: (865)-247-0080<br>Facsimile: (865) 522-0049<br>greg@gregcolemanlaw.com<br><br>Stephen J. Fearon, Jr. (pro hac vice)<br>SQUITIERI & FEARON, LLP<br>32 East 57th Street, 12th Floor<br>New York, New York 10022<br>Telephone: (212) 421-6492<br>Facsimile: (212) 421-6553<br>stephen@sfclasslaw.com<br><br>*Attorneys for Plaintiff* | */s/ Matthew G. Lindenbaum*<br>David L. Permut (pro hac vice)<br>Katherine J. Shinners (pro hac vice)<br>GOODWIN PROCTER LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 346-4291<br>Facsimile: (202) 204-7303<br>dpermut@goodwinprocter.com<br>kshinners@goodwinprocter.com<br><br>Matthew G. Lindenbaum (pro hac vice)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>mlindenbaum@goodwinprocter.com<br><br>H. Frederick Humbracht, Jr. (No. 2993)<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, Tennessee 37203<br>(615) 252-2371<br>rhumbracht@babc.com<br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Stipulation and Agreed Order to Stay Pending Settlement Proceedings in a Related Action was delivered via the Court's Electronic Case Filing system, on the 3rd day of July, 2014, to:

>Caitlin Duffy
>Michelle Quinn
>Stephen J. Fearon
>Squitieri & Fearon, LLP
>32 E 57th Street
>12th Floor
>New York, NY 10022
>
>Gregory F. Coleman
>Greg Coleman Law PC
>Bank of America Center
>550 W Main Avenue
>Suite 600
>Knoxville, TN 37902

>*/s/ Matthew G. Lindenbaum*
>Matthew G. Lindenbaum